ENLIN STEEL CORPORATION, Plaintiff, v. UNITED STATES, Defendant.

Court No. 02–00466

## JUDGMENT ORDER

CARMAN, *Judge*: Upon Defendant's motion to dismiss for lack of subject matter jurisdiction of May 5, 2004, based upon the grounds that Plaintiff failed to pay all liquidated duties, charges, or exactions prior to commencement of this action as required by 28 U.S.C. § 2637(a), and upon Plaintiff's failure to present evidence to the contrary, it is hereby

ORDERED that Defendant's motion to dismiss is granted; and it is further

ORDERED that this action is dismissed.